

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00389-CV

_____

GINA DONNIE BROWN, Appellant

V.

RODERICK THOMAS BROWN, Appellee

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-724540-22

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered Appellant's "Motion to Dismiss," which is unopposed.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  October 26, 2023